# Order

Michigan Supreme Court
Lansing, Michigan

July 30, 2007

Clifford W. Taylor,
Chief Justice

133692

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

SC: 133692
COA: 266367
Kent CC: 04-005811-FH

KEVIN SHAUNTA JOHNSON,
     Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the February 22, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

_____
Clerk

p0723